# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 12-cr-00482-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ISMAEL RODRIGUEZ,

    Defendant.

---

## ORDER REASSIGNING CASE

---

This matter comes before the Court on Defendant's Notice of Related Case, and the request contained therein to transfer this matter to Judge Philip A. Brimmer, filed December 4, 2012 (ECF No. 7). The Court having reviewed the Notice and the applicable Record hereby FINDS and ORDERS as follows:

The Court is aware that this Defendant was previously sentenced by United States District Judge Philip A. Brimmer in Criminal Case No. 08-cr-00294-PAB. The Court FINDS, therefore, that the interests of justice and the promotion of judicial economy are best served by the reassignment of the instant action to Judge Brimmer.

Therefore, pursuant to D.C.COLO.LCrR 50.1A, and with the agreement of Judge Brimmer and the approval of Chief Judge Wiley Y. Daniel, this criminal action is REASSIGNED to Judge Philip A. Brimmer for all purposes and future proceedings. All future filings in this case shall be docketed under Criminal Case No. 12-cr-0482-PAB.

Dated this 6th day of December, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge